# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


**GREGORY HOLT,**
**ADC #129616**                                                                    **PLAINTIFF**


v.                                  **No. 4:12-cv-510-DPM**


**MICHELLE HOWARD,**
**Public Information Officer,**
**Little Rock Police Department,**
**in her official capacity only**                                   **DEFENDANT**


## ORDER

In its prior Order, *Document No. 3*, the Court directed the United States

Marshal to serve a summons and Holt's complaint "on her," referring to the

Defendant, Ms. Howard.  The United States Marshal accordingly served the

papers on the individual Ms. Michelle Howard at the Little Rock Police

Department, located at 700 West Markham Street.   As Howard correctly

points out in her motion to dismiss, *Document No. 6*, service should have been

made on the Little Rock City Manager because the claims are made against

Howard in her official capacity.  FED. R. CIV. P. 4(j).  But the time to effect

proper service has not yet elapsed, and the Court can still correct its error. This is not Holt's fault.

On its own motion, the Court directs the Clerk to prepare a summons for Howard, in her official capacity, and the United States Marshal must serve the summons, complaint, and this Order on the Little Rock City Manager without prepayment of fees and costs or security.

Howard's motion to dismiss, *Document No. 6*, is denied without prejudice; and Holt's motion for more time to reply, *Document No. 8*, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*28 September 2012*