IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREGORY HOLT,**
**ADC #129616**                                                    **PLAINTIFF**

v.                     **No. 4:12-cv-510-DPM**

**MICHELLE HOWARD,**
**Public Information Officer,**
**Little Rock Police Department,**
**in her official capacity only and**
**STATE OF ARKANSAS**                               **DEFENDANTS**

## JUDGMENT

Holt's equal-protection claim is dismissed with prejudice. His access-to-courts claim is dismissed without prejudice.

                                            _____
                                            D.P. Marshall Jr.
                                            United States District Judge

                                            29 July 2014