# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GREGORY HOLT,
ADC #129616                                          PLAINTIFF

v.                      No. 4:12-cv-510-DPM

MICHELLE HOWARD,
Public Information Officer,
Little Rock Police Department,
in her official capacity only and
STATE OF ARKANSAS                                    DEFENDANTS

## ORDER

1. Motion for clarification, № 65, granted. The Court's rejection of Holt's non-frivolous complaint on the merits is not a strike.

2. Motion to extend time for post-judgment motions, № 66, denied. The Court can't extend the period for filing Rule 59(e) and Rule 60(b) motions. FED. R. CIV. P. 6(b)(2). This period, moreover, is not ten days: it is twenty-eight days under Rule 59 and a reasonable time under Rule 60. FED. R. CIV. P. 59(e) & 60(c). Holt will thus have plenty of time to file a motion after having gotten the Court's July 29th Judgment.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 August 2014